MANN v. BENEDICT. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Phœbe M. Mann, an in-

fant, against Elizabeth H. Benedict. No opinion. Motion for leave to go to the court of appeals denied. See 62 N. Y. Supp. 259.